**Opinion issued December 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00887-CV

———————————

### SOROOF INTERNATIONAL COMPANY AND SOROOF INTERNATIONAL LIMITED, Appellants

### V.

### TRANSOCEAN INC., TRANSOCEAN LTD., TRANSOCEAN WORLDWIDE INC., TRANSOCEAN EASTERN PTE LTD., AND R&B FALCON INC., LLC, Appellees

---

**On Appeal from the 189th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50852**

---

## MEMORANDUM OPINION

Appellants, Soroof International Company and Soroof International Limited,

have filed an unopposed motion to voluntarily dismiss their appeal because they

have decided to pursue the underlying claims in another forum. Appellants state that appellees have been contacted and do not oppose this motion, but do not indicate that there was an agreement as to costs. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(d). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.